UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JASON McENTIRE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:07CV00047 RWS |
| ) | |
| JAMES PURKETT, ) | |
| ) | |
| Respondent. ) | |

### MEMORANDUM AND ORDER

This matter is before the court on Jason McEntire's pro se petition for writ of habeas corpus under 28 U.S.C. § 2254 [#1]. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Mary Ann L. Medler, who filed her Report and Recommendation on August 1, 2007 [#12]. It is Judge Medler's recommendation that the petition be denied and that no certificate of appealability be issued.

The parties were advised that they had eleven (11) days to file written objections to the Report and Recommendation. Neither party has filed an objection.

Accordingly,

**IT IS HEREBY ORDERED** that McEntire's petition for habeas corpus under 28 U.S.C. § 2254 [#1] is **DENIED.**

Dockets.Justia.com

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

A separate judgment in accordance with this Memorandum and Order is entered this same date.

Dated this  15th  Day of August, 2007.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE